NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10390 |
| Plaintiff - Appellee, | D.C. No. 2:07-cr-01044-ROS |
| v. | |
| MARCOS RODRIGUEZ-ESQUEDA, a.k.a. Jose Alejandro-Esqueda, a.k.a. Jose Esqueda-Martinez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Roslyn O. Silver, Chief Judge, Presiding

Submitted October 25, 2011**

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Marcos Rodriguez-Esqueda appeals from the district court's order denying

his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence.  Pursuant to *Anders v.*

*California*, 386 U.S. 738 (1967), Rodriguez-Esqueda's counsel has filed a brief

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.